UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-7439-FMC (OP)                          Date   August 14, 2008

Title: Guillermo Garcia v. James A. Yates

---

PRESENT:  THE HONORABLE   OSWALD PARADA            ☐  U.S. DISTRICT JUDGE

                                                    ☒  MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                              NONE


**PROCEEDINGS:** (IN CHAMBERS: MOTION FOR LEAVE TO AMEND)

On October 14, 2005, petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On July 6, 2006, respondent filed a motion to dismiss the petition for failure to exhaust state remedies. On January 8, 2007, after issuing its Report and Recommendation, the Court withdrew the R&R and ordered respondent to file an Answer to the Petition in accordance with the Court's October 24, 2005, Order Requiring Response to Petition. On June 21, 2007, respondent filed an Answer to the Petition. On August 13, 2007, petitioner filed a Reply to the Answer. Thus, this matter is currently under submission.

On August 5, 2008, petitioner filed a "Petition to Amend Exhausted Claims" which the Court construes as a motion for leave to amend pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Rule 15 of the Federal Rules of Civil Procedure is entitled "Amended and Supplemental Pleadings" and provides in pertinent part that:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. . . .

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-7439-FMC (OP)                    Date   August 14, 2008

Title:  Guillermo Garcia v. James A. Yates
                                                                  Page 2
---

When leave of court is required before a complaint/petition may be amended, the Court must consider the following factors:  bad faith, undue delay, prejudice to the opposing party, futility of the amendment, and whether the party has previously amended his pleadings.  Bonin v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995).

Furthermore, Local Rule 15 provides as follows:

>    L.R. 15-1 Lodging - Separate Document.  An original and one copy of the proposed amended pleading shall be lodged as a separate document with any notice of motion or stipulation to amend a pleading.

Because petitioner's motion fails to address the Bonin factors and fails to comply with Local Rule 15-1, the Court denies petitioner's motion without prejudice.

**IT IS SO ORDERED.**

cc:   All Parties of Record

                                        Initials of Deputy Clerk MG

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL