JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No. CV 05-7439-JHN (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Final Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 5, 2010

HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge